UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL SCHMIDT, on behalf of himself and the Class and Collective members,<br><br>Plaintiff,<br><br>v.<br><br>VISION SERVICE PLAN, VSP GLOBAL, INC., MARCHON EYEWEAR, INC., VSP OPTICAL GROUP, INC., and EYEFINITY, INC.,<br><br>Defendants. | Case No. 2:20-cv-02400-JAM-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO EXCHANGE INITIAL DISCLOSURES [FED. R .CIV. P 26].**<br><br>Dist. Judge:Hon. John. A. Mendez<br>Mag. Judge:  Hon. Kendall J. Newman<br><br>Complaint filed: 12/02/2020<br>Trial date:   11/27/2023 |

Before the Court is the Joint Stipulation to Extend Deadline to Exchange Initial Disclosures under Rule 26 of the Federal Rules of Civil Procedure filed by Defendants Vision Service Plan, VSP Global, Inc., Marchon Eyewear, Inc., VSP Optical Group, Inc., and Eyefinity, Inc. (collectively, "Defendants") and Plaintiff Michael Schmidt, on behalf of himself and the Class and Collective members (Plaintiff).

The Court has reviewed the stipulation, and good cause appearing, grants the Parties' joint stipulation to extend the deadline to exchange initial disclosures.  Accordingly, the new deadline for the parties to exchange initial disclosures is August 16, 2021.

**IT IS SO ORDERED.**

DATED: March 19, 2021      /s/ John A. Mendez
                                              _____
                                              HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE