# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHMIDT, on behalf of himself and the Class and Collective members,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>VISION SERVICE PLAN, VSP GLOBAL, INC., MARCHON EYEWEAR, INC., VSP OPTICAL GROUP, INC., and EYEFINITY, INC.,<br><br>　　Defendants. | Case No.: 2:20-cv-02400-JAM-KJN<br><br>**ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Judge: Honorable John A. Mendez<br>Magistrate Judge: Honorable Kendall J. Newman<br><br>Complaint filed: December 2, 2020 |

## **ORDER**

Good cause appearing, it is hereby ORDERED that the deadline for filing dispositional documents set forth in the Court's Order of July 22, 2021 (ECF 18) is hereby continued to December 13, 2021.

DATED:  August 12, 2021        /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE