Carolyn Hunt Cottrell (SBN 158253)
David C. Leimbach (SBN 265409)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
tasmith@schneiderwallace.com

Attorneys for Plaintiff and the Putative Collective and Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHMIDT, on behalf of himself and the Class and Collective members, <br><br> Plaintiff, <br><br> vs. <br><br> VISION SERVICE PLAN, VSP GLOBAL, INC., MARCHON EYEWEAR, INC., VSP OPTICAL GROUP, INC., and EYEFINITY, INC., <br><br> Defendants. | Case No.: 2:20-cv-02400-JAM-KJN <br><br> Complaint filed: December 2, 2020 <br><br> **ORDER RE STIPULATION TO FILE FIRST AMENDED COMPLAINT** <br><br> Judge: Honorable John A. Mendez <br> Magistrate Judge: Honorable Kendall J. Newman |

# ORDER

The Court, having reviewed the foregoing stipulation and for good cause appearing, orders as follows:

**IT IS HEREBY ORDERED** that Plaintiff Michael Schmidt, on behalf of himself and putative Class and Collective members, is granted leave to file his First Amended Complaint.

IT IS SO ORDERED.

DATED: February 4, 2022        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE