

# United States District Court
# Eastern District of California

| MICHAEL SCHMIDT | | Case Number: | 2:2020-cv-02400- JAM-KJN |

Plaintiff(s)

V.

| VISION SERVICE PLAN, ET AL |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tamra C. Givens hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Michael Schmidt, on behalf of himself and the Class and Collective members

On 04/25/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/25/2022            Signature of Applicant: /s/ *Jof*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Tamra C. Givens |
| Law Firm Name: | Shavitz Law Group, P.A. |
| Address: | 951 Yamato Road |
| | Suite No. 285 |
| City: | Boca Raton  State: FL  Zip: 33431 |
| Phone Number w/Area Code: | (561) 447-8888 |
| City and State of Residence: | Brandon, FL |
| Primary E-mail Address: | tgivens@shavitzlaw.com |
| Secondary E-mail Address: | seifert@shavitzlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Carolyn Cottrell |
| Law Firm Name: | Schneider Wallace Cottrell Konecky, LLP |
| Address: | 2000 Powell Street |
| | Suite No. 1400 |
| City: | Emeryville  State: CA  Zip: 94668 |
| Phone Number w/Area Code: | (415) 421-7100  Bar # SBN 166977 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 9, 2022

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# Supreme Court of Florida
## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

## Tamra Carsten Givens

was admitted as an Attorney and Counselor entitled to practice law in all the Courts of the State of Florida on September 18, 2003, is presently in good standing, and that the private and professional character of the attorney appears to be good.

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 8, 2022.*



*Clerk of the Supreme Court of Florida.*