UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHMIDT, on behalf of himself and the Class and Collective members,<br><br>Plaintiffs,<br><br>v.<br><br>VISION SERVICE PLAN, et al.,<br><br>Defendants. | Case No. 2:20-cv-2400-CSK<br><br>ORDER |

On April 2, 2024, this matter was reassigned to Magistrate Judge Chi Soo Kim for all further proceedings. (ECF No. 61.)[1] In light of the reassignment order, the Final Approval Hearing was reset for July 2, 2024 at 10:00 a.m. before Judge Kim. (ECF No. 62.) On the Court's own motion, the Court will continue the hearing of the motion for final approval to August 6, 2024 at 10:00 a.m. Counsel for all parties must be present in-person for the hearing. Plaintiffs shall inform class members via the claims website that the hearing date has been rescheduled to August 6, 2024.

Accordingly, IT IS HEREBY ORDERED that:

1. The final approval hearing is CONTINUED to August 6, 2024 at 10:00 a.m. in

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636(c) upon the consent of all parties. (See ECF No. 52.)

1

1  Courtroom 25 of the Matusi Courthouse, 501 I Street, Sacramento, CA, 95814;

2. The deadline for filing of the motion for final approval is due June 25, 2024; and

3. The deadline for Class Counsel to file a motion for approval of the fee and cost award and of the service award to the Plaintiffs is due June 25, 2024.

Dated: May 29, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, schm2400.20

2