UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHMIDT, on behalf of himself and the Class and Collective members,<br><br>Plaintiffs,<br><br>v.<br><br>VISION SERVICE PLAN, et al.,<br><br>Defendants. | Case No. 2:20-cv-2400-CSK<br><br>ORDER<br><br>(ECF No 75) |

Pending before the Court is a request from one of Plaintiff Michael Schmidt's counsel, Tamira Givens, to appear via video conferencing for the Final Approval Hearing, which is scheduled for August 6, 2024 at 10:00 a.m. in Courtroom 25 of the Sacramento federal courthouse before United States Magistrate Judge Chi Soo Kim. (ECF No. 75.) The Court does not conduct hybrid (virtual and in-person) proceedings, and to ensure that any potential objectors and unrepresented class members have the opportunity to attend, be heard, and fully participate, the final approval hearing must be held in-person. The Court further notes that Plaintiff has multiple counsel located locally

///

///

///

within driving distance of the courthouse, and defense counsel is also located within California. The Court therefore denies Ms. Givens's request to appear remotely.

IT IS SO ORDERED.

Dated: July 19, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, schm2400.20