Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
oedelstein@schneiderwallace.com

*[Additional Counsel Listed on Next Page]*

*Attorneys for Plaintiff and the Settlement Class*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHMIDT, on behalf of himself and the Class and Collective members,<br><br>*Plaintiff,*<br><br>vs.<br><br>VISION SERVICE PLAN, VSP GLOBAL, INC., MARCHON EYEWEAR, INC., VSP OPTICAL GROUP, INC., and EYEFINITY, INC.<br><br>*Defendants.* | Case No. 2:20-cv-02400-CSK<br><br>**PLAINTIFF'S RENEWED NOTICE OF MOTION AND RENEWED MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND SERVICE AWARD**<br><br>Hearing Date: November 22, 2024<br>Hearing Time: 10:00 a.m.<br><br>Judge: Honorable Chi Soo Kim<br><br>Date action filed: December 2, 2020 |

---

1  Tamra Givens (*pro hac vice*)
   **SHAVITZ LAW GROUP, P.A.**
2  951 Yamato Road, Suite 285
   Boca Raton, Florida 33431
3  Telephone: (561) 447-8888
   Facsimile:  (561) 447-8831
4  tgivens@shavitzlaw.com

5  *Attorneys for Plaintiff and the Settlement Class*

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Michael Schmidt moves the Court for an Order awarding reasonable attorneys' fees of $1,150,000 plus reimbursement of actual out-of-pocket costs of $5,271.82 to Class Counsel, and a service award of $15,000 to Plaintiff.

Plaintiff brings this Motion pursuant to Federal Rules of Civil Procedure 23(h) and 29 U.S.C. § 216(b) of the Fair Labor Standards Act. The Motion is based on this notice, the accompanying Memorandum of Points and Authorities, the Declaration of Carolyn H. Cottrell, Esq. and the exhibits attached thereto, the Declaration of Tamra Givens, Esq., the Declaration of Michael Schmidt, Declaration of Lesly Rubalcava and all other records, pleadings, and papers on file in the action and such other evidence or argument as may be presented to the Court at the hearing on this Motion.

Date: October 18, 2024                    Respectfully submitted,


/s/ *Carolyn Hunt Cottrell*
Carolyn Hunt Cottrell
Scott L. Gordon
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

/s/ *Tamra C. Givens*
Tamra C. Givens (*pro hac vice*)
**SHAVITZ LAW GROUP, P.A.**

*Attorneys for Plaintiff and the Settlement Class*

---

1
PLAINTIFF'S NOTICE OF RENEWED MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND SERVICE AWARD
*Michael Schmidt v. Vision Service Plan, et al.*; Case No. 2:20-cv-02400-CSK

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed, on whose behalf this motion is submitted, concur in the motion's content and have authorized the filing.

Dated: October 18, 2024

/s/ *Carolyn Hunt Cottrell*
Carolyn Hunt Cottrell

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing and attached documents with the Clerk of the Court for the United States District Court, Eastern District of California, by using the Court's CM/ECF system on October 18, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: October 18, 2024

/s/ *Carolyn Hunt Cottrell*
Carolyn Hunt Cottrell