Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

*[Additional Counsel Listed on Next Page]*

*Attorneys for Plaintiff and the Settlement Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SCHMIDT, on behalf of himself and the Class and Collective members,<br><br>*Plaintiff,*<br><br>vs.<br><br>VISION SERVICE PLAN, VSP GLOBAL, INC., MARCHON EYEWEAR, INC., VSP OPTICAL GROUP, INC., and EYEFINITY, INC.<br><br>*Defendants.* | Case No. 2:20-cv-02400-CSK<br><br>**PLAINTIFF'S RENEWED NOTICE OF MOTION AND UNOPPOSED RENEWED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Hearing Date: November 22, 2024<br>Hearing Time: 10:00 a.m.<br><br>Judge: Honorable Chi Soo Kim<br><br>Date action filed: December 2, 2020 |

1  Tamra Givens (*pro hac vice*)
   **SHAVITZ LAW GROUP, P.A.**
2  951 Yamato Road, Suite 285
   Boca Raton, Florida 33431
3  Telephone: (561) 447-8888
   Facsimile:  (561) 447-8831
4  tgivens@shavitzlaw.com

5  *Attorneys for Plaintiff and the Settlement Class*

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Michael Schmidt moves the Court for final approval of the Amended Class Action Settlement Agreement (the "Amended Settlement Agreement" or the "Amended Settlement," filed at ECF No. 57-3).

The Amended Settlement resolves the claims in this action on a class and collective basis. In particular, Plaintiff moves for the following orders:

*As to the California Class and PAGA Group:*

(1) Granting final approval of the Amended Settlement Agreement as to the California Class and the PAGA Group[1];

(2) Certifying the California Class for settlement purposes;

(3) Finally appointing and approving Schneider Wallace Cottrell Konecky LLP and Shavitz Law Group, P.A. as Counsel for the California Class and the PAGA Group;

(4) Finally appointing and approving Plaintiff Michael Schmidt as Class Representative for the California Class;

(5) Finally approving payment to ILYM Group, Inc. ("ILYM") in the amount of $26,700.00 for its services as Settlement Administrator;

(6) Finally approving the California Labor Code Private Attorneys General Act ("PAGA") allocation; and

(7) Finally approving the implementation schedule, below.

*As to the FLSA Collective:*

(1) Granting final approval of the Settlement Agreement as to the Opt-In Plaintiffs in the FLSA Collective of; and

---

[1] By the terms of the Amended Settlement, the California Class includes members of the PAGA Group (though not all California Class Members are part of the PAGA Group).

(2) Approving the schedule for completing the settlement process as to the FLSA Collective in the following implementation schedule.

| | |
|---|---|
| Effective Date | The "Effective Date" of the Settlement means (i) if there is an objection(s) to the settlement that is not subsequently withdrawn, then the date upon the expiration of time for appeal of the Court's Final Approval Order; or (ii) if there is a timely objection(s) and appeal by an objector(s), then after such appeal(s) is dismissed or the Court's Final Approval Order is affirmed on appeal; or (iii) if there are no timely objections to the settlement, or if any objections which were filed are withdrawn before the date of final approval, then the first business day after the Court's order granting Final Approval of the Settlement. |
| Deadline for ILYM Group, Inc to calculate the employer share of taxes and provide Defendants with the total employer tax contributions | Within 5 calendar days after the final Settlement Award calculations are approved |
| Deadline for Defendants to deposit the calculated employer tax contributions into the Qualified Settlement Fund | Within 7 calendar days after ILYM Group, Inc provides Defendants with the amount of the total employer tax contributions due |
| Deadline for Defendants to pay the Gross Settlement Amount into the Qualified Settlement Fund | Within 10 business days after Effective Date |
| Deadline for ILYM Group, Inc to provide Class Counsel and Defendants' Counsel with a final report of all Settlement Awards | At least 10 business days before mailing the Settlement Awards to Settlement Class Members |
| Deadline for ILYM Group, Inc to mail all Settlement Awards to Settlement Class Members and complete all other payments under the Settlement | Within 30 calendar days after Effective Date |
| Check-cashing deadline | 180 days after issuance |
| Deadline for ILYM Group, Inc to redistribute uncashed check funds or | As soon as practicable after check-cashing deadline |

| | |
|---|---|
| transfer uncashed check funds to cy pres recipient | |
| Deadline for Plaintiff to file a Post-Distribution Accounting | Within 21 days after redistribution and/or cy pres payment |

Plaintiff brings this Motion pursuant to Federal Rules of Civil Procedure 23(e) and long-established precedent requiring Court approval for Fair Labor Standards Act settlements.[2] The Motion is based on this notice, the accompanying Memorandum of Points and Authorities, the Declaration of Carolyn Hunt Cottrell and the exhibits attached thereto, the Declaration of Tamra Givens, the Declaration of Michael Schmidt, the Declaration of Lesly Rubalcava, Declaration of Garvin Brown, the Amended Settlement Agreement, and all other records, pleadings, and papers on file in the action and such other evidence or argument as may be presented to the Court at the hearing on this Motion. Plaintiff also submits a proposed Final Approval Order and Judgment with his moving papers.

Date: October 18, 2024              Respectfully submitted,


                                    /s/ *Carolyn Hunt Cottrell*
                                    Carolyn Hunt Cottrell
                                    Ori Edelstein
                                    **SCHNEIDER WALLACE**
                                    **COTTRELL KONECKY LLP**

                                    /s/ *Tamra C. Givens*
                                    Tamra C. Givens (*pro hac vice*)
                                    **SHAVITZ LAW GROUP, P.A.**

                                    *Attorneys for Plaintiff and the Settlement Class*

---

[2] *See, e.g., Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982); *Selk v. Pioneers Mem'l Healthcare Dist.*, 159 F. Supp. 3d 1164, 1172 (S.D. Cal. 2016); *Banks v. Pyramid Consulting, Inc.*, No. 3:18-cv-00078-H-JLB, 2019 U.S. Dist. LEXIS 13381, at *6 (S.D. Cal. Jan. 28, 2019).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed, on whose behalf this motion is submitted, concur in the motion's content and have authorized the filing.

Dated: October 18, 2024

/s/ *Carolyn Hunt Cottrell*
Carolyn Hunt Cottrell

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing and attached documents with the Clerk of the Court for the United States District Court, Eastern District of California, by using the Court's CM/ECF system on October 18, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: October 18, 2024

/s/ *Carolyn Hunt Cottrell*
Carolyn Hunt Cottrell